Rob Bonta
Attorney General of California
Jacqueline Dale
Supervising Deputy Attorney General
Rachel A. Coles
Deputy Attorney General
State Bar No. 229291
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7274
  Fax: (916) 327-4375
  E-mail: Rachel.Coles@doj.ca.gov
*Attorneys for the People of the State of California*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Peter T. Harrell,**<br><br>Plaintiff,<br><br>v.<br><br>**Hornbrook Community Services District, et al.,**<br><br>Defendants. | Case No. 2:23-cv-1448 TLN AC PS<br><br>[PROPOSED] ORDER RE: THE NOTICE OF ELECTION TO DECLINE INTERVENTION BY THE STATE OF CALIFORNIA<br><br>Date:          N/A<br>Time:          N/A<br>Dept:          26<br>Judge:         Hon. Allison Claire<br>Trial Date:    None<br>Action Filed:  July 20, 2023 |

The State of California ("California") having declined to intervene in this action pursuant to the California False Claims Act, Cal. Gov't Code § 12652(c)(6)(B), the Court rules as follows:

IT IS HEREBY ORDERED that:

1. The parties shall serve all pleadings and motions (including supporting memoranda) in this action upon California, as provided for in Cal. Gov't Code § 12652(f)(1). California may also order any deposition transcripts pursuant to this section; and

2. As provided for in Cal. Gov't Code § 12652(f)(2)(A), notwithstanding California's initial election to decline, California is entitled to intervene in this action, upon a proper showing, at any future time; and

1

[Proposed] Order  (2:23-CV-01448-TLN-AC PS)

3. As provided for in Cal. Gov't Code § 12652(2)(A), California may seek dismissal of the relator's action or claim upon a proper showing; and

4. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide California with notice and an opportunity to be heard before ruling or granting its approval, in accordance with Cal. Gov't Code § 12652(c)(1).

5. All papers served on or sent to California in this action should be sent in electronic format to Deputy Attorney General Rachel Coles at rachel.coles@doj.ca.gov and, if also in hard copy, to:

> Deputy Attorney General Rachel Coles
> Department of Justice, Office of the Attorney General
> 1300 I Street
> Sacramento, CA  95814

IT IS SO ORDERED.

DATED: September 27, 2023

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

SF2023303961
37516842.docx