Michael D. Maloney (SBN 208297)
Christopher L. Janof (SBN 335242)
LAW OFFICES OF TED A. GREENE, INC.
1912 F Street, Suite 110
Sacramento, CA 95811
Tel.: (916) 442-6400
Fax: (916) 266-9285
mmaloney@tedgreenelaw.com
cjanof@tedgreenelaw.com

Attorneys for Defendants
ROBERT PUCKETT, MICHELE HANSON,
MELISSA TULLEDO, CLINT DINGMAN, and
HORNBROOK COMMUNITY SERVICES DISTRICT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER T. HARRELL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROBERT PUCKETT, SR., et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-1448 KJM DMC<br><br>**DEFENDANTS PUCKETT, HANSON, TULLEDO, DINGMAN, AND HORNBROOK COMMUNITY SERVICES DISTRICT'S NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date: January 10, 2024<br>Time: 10:00 a.m.<br>Courtroom: 304, 3rd Floor<br>Judge: Hon. Dennis M. Cota<br><br>Complaint Filed:　　　　07/20/2023<br>First Amended Compl. Filed: 11/15/2023<br>Trial Date:　　　　TBD |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 10, 2024, at 10:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled court, located at 501 I Street, Suite 4-200, Sacramento, CA 95814, before the Honorable Judge Dennis M. Cota, ROBERT PUCKETT, MICHELE HANSON, MELISSA TULLEDO, CLINT DINGMAN, and

1

DEFENDANTS PUCKETT, HANSON, TULLEDO, DINGMAN, AND HORNBROOK COMMUNITY SERVICE DISTRICT'S NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT

1  HORNBROOK COMMUNITY SERVICES DISTRICT ("Defendants") will and do

2  hereby move the Court to dismiss the claims alleged by Plaintiff PETER T. HARRELL

3  ("Plaintiff") filed in his First Amended Complaint.

4      The motion is brought pursuant to the following grounds:

5      1.    Plaintiff fails to allege sufficient facts for a viable 4th/5th Amendment claim for

6  illegal search and seizure against Defendants;

7      2.    Plaintiff fails to allege sufficient facts for a viable conspiracy for deprivation of

8  rights under 42 U.S.C. § 1983 claim against Defendants;

9      3.    Plaintiff fails to allege sufficient facts for a viable deprivation of due process and

10 equal protection claim against Defendants;

11     4.    Plaintiff fails to allege sufficient facts for a viable unlawful retaliation for exercise

12 of constitutional rights claim against Defendants;

13     5.    Plaintiff fails to allege sufficient facts for a viable violations of 42 U.S.C. § 1985(2)

14 and (3) claim against Defendants;

15     6.    Plaintiff fails to allege sufficient facts for a viable violations of 42 U.S.C. § 1986

16 claim against Defendants;

17     7.    Plaintiff fails to allege sufficient facts for a viable declaratory relief claim against

18 Defendants; and

19     8.    Plaintiff fails to state a federal claim and therefore his state causes of action should

20 not benefit from the Court's supplemental jurisdiction over them.

21 DATED: November 29, 2023    LAW OFFICES OF TED A. GREENE, INC.

22

23     By: /s/ *Christopher L. Janof*
        MICHAEL D. MALONEY

24         CHRISTOPHER L. JANOF
    Attorneys for Defendants

25     ROBERT PUCKETT, MICHELE
    HANSON, MELISSA TULLEDO,

26     CLINT DINGMAN, and
    HORNBROOK COMMUNITY

27     SERVICES DISTRICT

28

LAW OFFICES OF TED A. GREENE, INC.