Michael D. Maloney (SBN 208297)
Christopher L. Janof (SBN 335242)
LAW OFFICES OF TED A. GREENE, INC.
1912 F Street, Suite 110
Sacramento, CA 95811
Tel.: (916) 442-6400
Fax: (916) 266-9285
mmaloney@tedgreenelaw.com
cjanof@tedgreenelaw.com

Attorneys for Defendants
ROBERT PUCKETT, MICHELE HANSON,
MELISSA TULLEDO, CLINT DINGMAN, and
HORNBROOK COMMUNITY SERVICES
DISTRICT

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. HARRELL,<br><br>                          Plaintiff<br>v.<br><br>ROBERT PUCKETT, SR., et al.,<br><br>                          Defendant(s) | Case No.<br><br>2:23-cv-1448 KJM DMC<br><br>**PROOF OF SERVICE** |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of SACRAMENTO, State of California, and not a party to the above-entitled cause. On, November 29, 2023, I served a true copy of the following documents:

**DEFENDANTS PUCKETT, HANSON, TULLEDO, DINGMAN, AND HORNBROOK COMMUNITY SERVICES DISTRICT'S NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS PUCKETT, HANSON, TULLEDO, DINGMAN, AND HORNBROOK COMMUNITY SERVICES DISTRICT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon

fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

**Person Served:** Peter T. Harrell

**Place of Mailing:** P.O. Box 131, Ashland, OR 97520

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Northern District of California.

☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made

☐ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service