IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. HARRELL,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT PUCKETT, SR., et al.,<br><br>Defendants. | No.  2:23-CV-1448-KJM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the Court is Plaintiff's motion, ECF No. 16, for a 60-day extension of time to file an opposition to Defendants' motion to dismiss.  Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to limitations on his access to the public law library, Plaintiff's motion will be granted.  On the Court's own motion, the hearing set for January 10, 2024, on Defendants' motion to dismiss will be vacated and the matter submitted on the papers without oral argument.  Defendants will be granted additional time to file a reply brief.  The Court will address Defendants' motion to dismiss by separate findings and recommendations upon completion of briefing.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No .16, is GRANTED.

2. Plaintiff may file an opposition to Defendants' motion to dismiss within 60 days of the date of this order.

3. Defendants' reply brief is due within 30 days of the date of service of any opposition.

4. The hearing on Defendants' motion to dismiss set for January 10, 2024, at 10:00 a.m., before the undersigned in Redding, California, is VACATED

Dated: December 15, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE