UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. HARRELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT PUCKETT, SR., et al.,<br><br>　　　　　Defendants. | No.  2:23-cv-01448-DC-DMC (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 14, 23) |

　　　　Plaintiff Peter T. Harrell is proceeding *pro se* with this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 26, 2024, the assigned magistrate judge issued findings and recommendations recommending that Defendants' motion to dismiss (Doc. No. 14) be granted in part and denied in part, and that Plaintiff be given an opportunity to either file a second amended complaint or proceed on the claims that the magistrate judge found to be cognizable in the first amended complaint. (Doc. No. 23.) Specifically, the magistrate judge found that this action should proceed on the following claims brought by Plaintiff in his first amended complaint: Count I (unreasonable search and seizure); Count II (conspiracy for deprivation of rights); Count III (deprivation of due process and equal protection); Count IV (unlawful retaliation); and all claims brought under state law. (*Id.* at 10–18.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 20.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

On October 24, 2024, Plaintiff filed a notice informing the court that he declines to file any objections to the pending findings and recommendations and requesting that this action proceed on the claims found to be cognizable in his first amended complaint. (Doc. No. 26.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's notice regarding his intent to proceed on his cognizable claims, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on September 26, 2024 (Doc. No. 23) are adopted in full;
2. Defendants' motion to dismiss (Doc. No. 14) is granted in part and denied in part;
   a. This action proceeds only on the following claims brought by Plaintiff in his first amended complaint: Count I (unreasonable search and seizure); Count II (conspiracy for deprivation of rights); Count III (deprivation of due process and equal protection); Count IV (unlawful retaliation); and all claims brought under state law;
   b. All other claims brought by Plaintiff in this action are dismissed; and
3. The Clerk of the Court is directed to update the docket to reflect that Defendant Thomas Warnock, who was named in the original complaint but not named in the operative first amended complaint, has been terminated from this action as of November 15, 2023, when the first amended complaint was filed; and

/////

/////

/////

4. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **November 8, 2024**

                    Dena Coggins
                    United States District Judge