IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. HARRELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT PUCKETT, SR., et al.,<br><br>　　　　　Defendants. | No.  2:23-CV-1448-DC-DMC<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding pro se, brings this civil action.  On November 12, 2024, Defendants' motion to dismiss was granted in part by the District Judge.  See ECF No. 27.  Accordingly, Defendants are directed to file an answer to Plaintiff's first amended complaint within 30 days of this order.

　　　　IT IS SO ORDERED.


Dated: January 8, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1