Michael D. Maloney (SBN 208297)
GREENE & MALONEY, PC.
1912 F Street, Suite 110
Sacramento, CA 95811
Tel.: (916) 442-6400
Fax: (916) 266-9285
mmaloney@tedgreenelaw.com

Attorneys for Defendants
ROBERT PUCKETT, MICHELE HANSON,
MELISSA TULLEDO, CLINT DINGMAN, and
HORNBROOK COMMUNITY SERVICES DISTRICT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. HARRELL,<br><br>    Plaintiff,<br>v.<br><br>ROBERT PUCKETT, SR., et al.,<br><br>    Defendants. | Case No. 2:23-CV-1448-TLN-AC<br><br>**DEFENDANTS PUCKETT, HANSON, TULLEDO, DINGMAN, AND HORNBROOK COMMUNITY SERVICES DISTRICT'S ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL** |

    Defendants ROBERT PUCKETT, MICHELE HANSON, MELISSA TULLEDO, CLINT DINGMAN, and HORNBROOK COMMUNITY SERVICES DISTRICT ("Defendants"), by and through their counsel, THE LAW OFFICES OF TED A. GREENE, INC., hereby answer the First Amended Complaint ("FAC") of Plaintiff PETER T. HARRELL ("Plaintiff") and assert their affirmative defenses as follows:

## JURISDICTION

    1.    As to paragraph 1, Defendants aver this paragraph contains conclusions of law to which no response is required. To the extent a response is deemed necessary, Defendants admit that this Court has jurisdiction over this action and deny the remaining balance of the paragraph.

    2.    As to paragraph 2, Defendants lack sufficient information regarding the allegations

and therefore deny them.

**Defendants**

3. As to paragraph 3, Defendants aver this paragraph contains conclusions of law to which no response is required. To the extent a response is deemed necessary, Defendants admit the factual allegations related to Robert Puckett, Sr., Clint Dingman, Michele Hanson, Melissa Tulledo, and HCSD.

4. As to paragraph 4, Defendants lack sufficient information regarding the allegations related to the identity of Bruce's Towing/Radiator & Dismantling and therefore deny them. As to the remaining balance of the paragraph, Defendants deny the allegations. Defendants further aver this paragraph contains conclusions of law to which no response is required.

5. As to paragraph 5, Defendants admit the factual allegations related to Robert Puckett, Sr., Clint Dingman, Michele Hanson, Melissa Tulledo, and HCSD. As to the remaining balance of the paragraph, Defendants aver it contains conclusions of law to which no response is required.

6. As to paragraph 6, Defendants deny the allegations.

**Plaintiff**

7. As to paragraph 7, Defendants lack sufficient information regarding the allegations and therefore deny them. As to the remaining balance of the paragraph, Defendants aver it contains conclusions of law to which no response is required.

8. As to paragraph 8, Defendants deny the allegations. As to the allegations related to Plaintiff's identity, Defendants lack sufficient information and therefore deny them. As to those allegations which contain conclusions of law, no response is required.

9. As to paragraph 9, Defendants deny the allegations.

10. As to paragraph 10, Defendants deny the allegations.

11. As to paragraph 11, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

12. As to paragraph 12, Defendants deny the allegations.

13. As to paragraph 13, Defendants deny the allegations.

**Duties of, and/or Applicable to, the HCSD and Public Official/Officer Defendants**

14. As to paragraph 14, Defendants aver this paragraph contains conclusions of law to which no response is required.

15. As to paragraph 15, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

16. As to paragraph 16, Defendants aver this paragraph contains conclusions of law to which no response is required.

17. As to paragraph 17, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

## OVERVIEW AND BASIS FOR CLAIMS/ACTION

18. As to paragraph 18, Defendants deny the allegations. As to allegations pertaining to John Doe public officers/agents, Defendants lack sufficient information regarding the allegations and therefore deny them. As to those allegations which contain conclusions of law, no response is required.

19. As to paragraph 19, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

20. As to paragraph 20, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

21. As to paragraph 21, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

22. As to paragraph 22, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

23. As to paragraph 23, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

24. As to paragraph 24, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

25. As to paragraph 25, Defendants deny the allegations. As to those allegations which

contain conclusions of law, no response is required.

26. As to paragraph 26, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

27. As to paragraph 27, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

28. As to paragraph 28, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

29. As to paragraph 29, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

30. As to paragraph 30, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

31. As to paragraph 31, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

32. As to paragraph 32, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

33. As to paragraph 33, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

## ADDITIONAL ALLEGATIONS AGAINST PUCKETT, HANSON, TULLEDO, DINGMAN, AND THEIR AGENTS

34. As to paragraph 34, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

35. As to paragraph 35, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

36. As to paragraph 36, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

37. As to paragraph 37, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

38. As to paragraph 38, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

39. As to paragraph 39, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

## DEFENDANT JOHN DOES

40. As to paragraph 40, Defendants lack sufficient information regarding the allegations and therefore deny them.

41. As to paragraph 41, Defendants lack sufficient information regarding the allegations and therefore deny them.

## FIRST CLAIM FOR RELIEF (Federal Causes of Action)

42. Defendants incorporate by reference each of their foregoing answers to the preceding paragraphs as if fully set forth herein as to each "Count." As to paragraph 42, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

43. As to paragraph 43, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

### Count I 4th/5th Amendment Violations; Searches and Seizures Without Warrant

44. As to paragraph 44, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

### Count II Conspiracy for Deprivation of Rights: (42 USC 1983)

45. As to paragraph 45, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

### Count III Deprivation of Due Process and Equal Protection

46. As to paragraph 46, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

### Count IV Unlawful Retaliation for Exercise of Constitutional Rights

47. As to paragraph 47, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

48. As to paragraph 48, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

### Count V Violations of 42 USC 1985(2) and (3)

49. As to paragraph 49, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

### Count VI: Violations of 42 USC 1986

50. As to paragraph 50, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

### Count VII: Declaratory Relief

51. As to paragraph 51, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

52. As to paragraph 52, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

53. As to paragraph 53, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

54. As to paragraph 54, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

55. As to paragraph 55, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

### ***SECOND CLAIM FOR RELIEF — PENDENT STATE CLAIMS***

56. Defendants incorporate by reference each of their foregoing answers to the preceding paragraphs as if fully set forth herein as to each "Count." As to paragraph 56, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

### Count I, Violations of HCSD Bylaws and Rules and Regulations

57. As to paragraph 57, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

### Count II — Negligence; HCSD, Puckett, Hanson, Tulledo, Dingman, and Bruce's Towing

58. As to paragraph 58, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

59. As to paragraph 59, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

### Count III — Trespassing

60. As to paragraph 60, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

### Count IV — Violations of California Constitution

61. As to paragraph 61, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

### Count V Violation of Government Code §§ 61045, 61050, 61051

62. As to paragraph 62, Defendants admit to the provisions of the Government Code identified. Defendants deny the remaining allegations. As to those allegations which contain conclusions of law, no response is required.

### Count VI Conversion

63. As to paragraph 63, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

### Count VII Unlawful Adoption of Resolutions and Ordinances in Violation of State Laws

64. As to paragraph 64, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

65. As to paragraph 65, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

66. As to paragraph 66, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

67. As to paragraph 67, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

### Count VII — Violation of the Bane Act — HCSD, Puckett, Hanson, Tulledo, and Dingman

68.     As to paragraph 68, Defendants admit that the text cited appears in the case of *Sandoval v. County of Sonoma*, (2018) 912 F3d 509 at p. 519.

69.     As to paragraph 69, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

### The Actions of These Defendants Resulted in Damages to Plaintiff

70.     As to paragraph 70, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

### Punitive Damages Demand

71.     As to paragraph 71, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

### REQUEST FOR PRELIMINARY AND PERMANENT INJUNCTION

72.     As to paragraph 72, Defendants deny the allegations. As to those allegations which contain conclusions of law, no response is required.

### PRAYER FOR RELIEF

**WHEREFORE**, Defendants deny Plaintiff is entitled to judgment and further denies Plaintiff is entitled to any relief whatsoever as enumerated in paragraphs 1 through 72.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
(Failure to State a Claim or Cause of Action)

73. Defendants are informed and believe, and thereon allege that each of the purported cause(s) of action in Plaintiff's FAC fails to state a claim or cause of action against Defendants. This defense is alleged in the alternative and does not admit any of the allegations contained in the FAC.

### SECOND AFFIRMATIVE DEFENSE
(Statute of Limitations)

74. Defendants are informed and believe, and thereon allege, that each and every purported cause of action contained in the FAC is barred by the applicable statute of limitations. This defense is alleged in the alternative and does not admit any of the allegations contained in the FAC.

### THIRD AFFIRMATIVE DEFENSE
### (Laches)

75. Defendants are informed and believe, and thereon allege, that the Plaintiff unjustifiably delayed in commencing this action and that said delay has prejudiced the rights of Defendants and therefore, the action should be barred under the Doctrine of Laches. This defense is alleged in the alternative and does not admit any of the allegations contained in the F AC.

### FOURTH AFFIRMATIVE DEFENSE
### (Estoppel/Equitable Estoppel)

76. Defendants are informed and believe, and thereon allege, that Plaintiff is estopped, and/or should be equitably estopped, from obtaining the relief sought from Defendants. This defense is alleged in the alternative and does not admit any of tine allegations contained in the F AC.

### FIFTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

77. Defendants are informed and believe, and thereon allege, that the FAC should be barred due to Plaintiff's unclean hands. This defense is alleged in the alternative and does not admit any of the allegations contained in the F AC.

### SIXTH AFFIRMATIVE DEFENSE
### (Unjust Enrichment)

78. Defendants are informed and believe, and thereon allege that the relief requested by Plaintiff would result in Plaintiff being unjustly enriched. This defense is alleged in the alternative and does not admit any of the allegations contained in the F AC.

**SEVENTH AFFIRMATIVE DEFENSE**
**(Consent)**

79. Defendants are informed and believe, and thereon allege, that Plaintiff at all times gave consent, express or implied, to the acts, omissions and conduct alleged of Defendants in the FAC. This defense is alleged in the alternative and does not admit any of the allegations contained in the FAC.

**EIGHTH AFFIRMATIVE DEFENSE**
(Ratification)

80. Defendants are informed and believe, and thereon allege, that Plaintiff ratified the alleged acts of Defendants. This defense is alleged in the alternative and does not admit any of the allegations contained in the FAC.

**NINTH AFFIRMATIVE DEFENSE**
**(Waiver)**

81. Defendants are informed and believe, and thereon allege that Plaintiff voluntarily and knowingly failed to preserve his rights and thus has waived such rights. This defense is alleged in the alternative and does not admit any of the allegations contained in the FAC.

**TENTH AFFIRMATIVE DEFENSE**
**(Release)**

82. Defendants are informed and believe, and thereon allege, that Plaintiff expressly, impliedly and/or equitably released all rights against Defendants. This defense is alleged in the alternative and does not admit any of the allegations contained in the F AC.

**ELEVENTH AFFIRMATIVE DEFENSE**
**(Duplicative Claims)**

83. Defendants are informed and believe, and thereon allege, that the relief requested in Plaintiff's request for declaratory relief is duplicative of other claims for relief contained in the FAC. This defense is alleged in the alternative and does not admit any of the allegations contained in the FAC.

**TWELFTH AFFIRMATIVE DEFENSE**
**(Breach of Contract)**

84. Defendants are informed and believe, and thereon allege that to the extent that Plaintiff seeks recovery on contract, Plaintiff materially breached the terms and conditions of said agreement and is entitled to no relief thereupon. This defense is alleged in the alternative and does not admit any of the allegations contained in the F AC.

**THIRTEENTH AFFIRMATIVE DEFENSE**
**(Anticipatory Breach)**

85. Defendants are informed and believe, and thereon allege, that without admitting any of Plaintiff's allegations, that Plaintiff's claims are barred due to anticipatory breach of a contract, if any contract there was. This defense is alleged in the alternative and does not admit any of the allegations contained in the FAC.

**FOURTEENTH AFFIRMATIVE DEFENSE**
**(Good Faith by Answering Defendant)**

86. Defendants are informed and believe, and thereon allege, that any conduct on the part of Defendants was made in good faith. This defense is alleged in the alternative and does not admit any of the allegations contained in the FAC.

**FIFTEENTH AFFIRMATIVE DEFENSE**
**(Statute of Frauds)**

87. Defendants are informed and believe, and thereon allege, that Plaintiff's claims are barred by the statute of frauds, including but not limited to California Civil Code § 1624. This defense is alleged in the alternative and does not admit any of the allegations contained in the FAC.

**SIXTEENTH AFFIRMATIVE DEFENSE**
**(Prevention and Frustration)**

88. Defendants are informed and believe, and thereon allege, that at all times relevant herein, Defendants were ready, willing and able to perform their alleged obligations to Plaintiff, but Plaintiff and others prevented and frustrated said performance. This defense is alleged in the alternative and does not admit any of the allegations contained in the FAC.

**SEVENTEENTH AFFIRMATIVE DEFENSE**
**(Paro I Evidence)**

89. Defendants are informed and believe, and thereon allege, that Plaintiff's claims are barred because of the parol evidence rule. This defense is alleged in the alternative and does not admit any of the allegations contained in the FAC.

**EIGHTEENTH AFFIRMATIVE DEFENSE**
**(Compliance with Statutes)**

90. Defendants are informed and believe, and thereon allege, that Plaintiff's claims will fail as Defendants have complied with all applicable State and Federal laws. This defense is alleged in the alternative and does not admit any of the allegations contained in the F AC.

**NINETEENTH AFFIRMATIVE DEFENSE**
**(Lack of Duty)**

91. Defendants are informed and believe, and thereon allege, that they owed Plaintiff no duty of care at any relevant time. This defense is alleged in the alternative and does not admit any of the allegations contained in the FAC.

/ / /

/ / /

### TWENTIETH AFFIRMATIVE DEFENSE
### (Injury Claimed Attributable to Plaintiff)

92. Defendants are informed and believe, and based thereon allege, that injury, if any, suffered by Plaintiff, were caused by the acts, omissions and wrongdoing of Plaintiff, by virtue of his own acts and/or the acts or omissions of others chargeable to him, and not any acts, omissions or wrongdoing by Defendants. This defense is alleged in the alternative and does not admit any of the allegations contained in the FAC.

### TWENTY-FIRST AFFIRMATIVE DEFENSE
### (Injuries and Damages Claimed Attributable to Third Parties)

93. Defendants are informed and believe, and thereon allege, that injury, if any, suffered by Plaintiff was proximately caused and contributed to by the conduct, acts, omissions and wrongdoing conduct, acts, omissions and/or activities of a third party and/or parties either named or unnamed, and any recovery obtained by Plaintiff should be barred and/or reduced according to law, up to and including the whole thereof. This defense is alleged in the alternative and does not admit any of the allegations contained in the FAC.

### TWENTY-SECOND AFFIRMATIVE DEFENSE
### (Intervening and Superseding Cause)

94. Defendants are informed and believe, and thereon allege, that the injuries and damages of which Plaintiff alleges, if any, were proximately caused and contributed to by the acts of other Defendants, persons, and entities, and said acts were the intervening and superseding

- 13 -

causes of injuries and damages, if any, of which, Plaintiff complains, and should thus bar Plaintiff from any recovery from Defendants. This defense is alleged in the alternative and does not admit any of the allegations contained in the FAC.

/ / /

/ / /

**TWENTY-THIRD AFFIRMATIVE DEFENSE**
**(Lack of Causation)**

95. Defendants are informed and believe, and thereon allege, that Plaintiff cannot prove that any conduct by Defendants contributed to his damages if any. This defense is alleged in the alternative and does not admit any of the allegations contained in the FAC.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**
**(No Actual Injury or Dama1ges)**

96. Defendants are informed and believe and thereon allege that Plaintiff did not suffer any actual injury or damages. This defense is alleged in the alternative and does not admit any of the allegations contained in the FAC.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**
**(Speculative Damages)**

97. Defendants are informed and believe, and thereon allege that Plaintiff's alleged damages are uncertain, speculative and incapable of measurement. This defense is alleged in the alternative and does not admit any of the allegations contained in the FAC.

**TWENTY-SIXTH AFFIRMATIVE DEFENSE**
**(Failure to Mitigate Damages)**

98. Defendants are informed and believe and thereon allege, that any recovery by Plaintiff is barred by his failure to mitigate damages, or that any recovery must be reduced by those

damages that Plaintiff, by virtue of his own acts and/or the acts or omissions of others chargeable to her, failed to mitigate. This defense is alleged in the alternative and does not admit any of the allegations contained in the FAC.

/ / /

/ / /

**TWENTY-SEVENTH AFFIRMATIVE 'DEFENSE**
**(No Liability for Third Party Acts)**

99. Defendants are informed and believe and thereon allege, that Defendants are not liable for the independent acts of third parties and are informed and believe that Plaintiff's injuries and damages, if any, are attributable to acts of third parties. This defense is alleged in the alternative and does not admit any of the allegations contained in the FAC.

**TWENTY-EIGHTH AFFIRMATIVE DEFENSE**
**(No Recovery of Attorneys' Fees**

100. Defendants are informed and believe, and thereon allege, that Plaintiff's claim for attorneys' fees, if any, fails because Plaintiff cannot show a contractual or statutory provision warranting such a recovery. This defense is alleged in the alternative and does not admit any of the allegations contained in the FAC.

**TWENTY-NINTH AFFIRMATIVE DEFENSE**
**(Right to Add Additional Affirmative Defenses)**

101. Defendants are informed and believe, and thereon allege, Defendants presently have insufficient knowledge or information on which to form a belief as to whether they may have additional, as yet unstated, affirmative defenses available and cannot fully anticipate all affirmative defenses that may be applicable to Defendants within this action. Accordingly, the right to assert additional affirmative defenses, if and to the extent that such affirmative defenses

are applicable, is hereby reserved. This defense is alleged in the alternative and does not admit any of the allegations contained in the FAC.

**WHEREFORE, DEFENDANT prays as follows:**

1. That Plaintiff take nothing by his First Amended Complaint;

2. That Defendants be awarded costs of suit incurred herein, including reasonable attorneys' fees; and

3. For any such other and further relief as the Court deems just and proper.

DATED: February 7, 2025          GREENE & MALONEY, PC

                                 By: /s/ *Michael D. Maloney*
                                     MICHAEL D. MALONEY
                                 Attorneys for Defendants
                                 ROBERT PUCKETT, MICHELE
                                 HANSON, MELISSA TULLEDO,
                                 CLINT DINGMAN, and
                                 HORNBROOK COMMUNITY
                                 SERVICES DISTRICT

## DEMAND FOR JURY TRIAL

DATED: February 7, 2025          GREENE & MALONEY, PC.

                                 By: /s/ *Michael D. Maloney*
                                     MICHAEL D. MALONEY
                                 Attorneys for Defendants
                                 ROBERT PUCKETT, MICHELE
                                 HANSON, MELISSA TULLEDO,
                                 CLINT DINGMAN, and
                                 HORNBROOK COMMUNITY
                                 SERVICES DISTRICT

GREENE, & MALONEY, PC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28