Michael D. Maloney (SBN 208297)
GREENE & MALONEY, PC.
1912 F Street, Suite 110
Sacramento, CA 95811
Tel.: (916) 442-6400
Fax: (916) 266-9285
mmaloney@tedgreenelaw.com

Attorneys for Defendants
ROBERT PUCKETT, MICHELE HANSON,
MELISSA TULLEDO, CLINT DINGMAN, and
HORNBROOK COMMUNITY SERVICES DISTRICT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. HARRELL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROBERT PUCKETT, SR., et al.,<br><br>　　　　Defendants. | Case No. 2:23-CV-1448-TLN-AC<br><br>**DEFENDANTS PUCKETT, HANSON, TULLEDO, DINGMAN, AND HORNBROOK COMMUNITY SERVICES DISTRICT'S VERIFICATION TO FOLLOW** |

　　　　I, Michael D. Maloney am the Attorney for the Defendant's, in the above-entitled action. Due to time constraints the verification for the Answer to the First Amended Complaint is not attached at this time.

　　　　I affirm that I will submit the verification promptly and in accordance with the rules of this Court.

　　　　Respectfully submitted,

By: /s/ *Michael D. Maloney*
MICHAEL D. MALONEY
Attorneys for Defendants
ROBERT PUCKETT, MICHELE HANSON, MELISSA TULLEDO, CLINT DINGMAN, and HORNBROOK COMMUNITY SERVICES DISTRICT

GREENE, & MALONEY, PC