**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| PETER T. HARRELL, | No. 2:23-CV-1448-DC-DMC |
| Plaintiff, | |
| v. | ORDER |
| ROBERT PUCKETT, SR., et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. An answer has been filed and this case is now at issue and ready for scheduling. A scheduling conference is set before the undersigned on March 26, 2025, at 1:30 p.m., via Zoom. The Court will provide the parties with connection information separately. On or before March 19, 2025, the parties shall meet and confer and file a joint scheduling conference statement pursuant to Eastern District of California Local Rule 240(a).

IT IS SO ORDERED.

Dated: February 12, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1