Peter T. Harrell, In Pro Per
PO Box 131
Ashland, OR 97520
peterharrell@yahoo.com
(no phone number)

FILED
MAR 07 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter T. Harrell,<br>   Plaintiff,<br>vs.<br>Robert Puckett, Sr.; et al<br>   Defendants, | Case No: 2:23-CV-1448-DC-DMC<br><br>PLAINTIFF'S OBJECTION TO ORDER FOR SCHEDULING CONFERENCE |

  Plaintiff Peter T. Harrell (Plaintiff), appearing before this Court Pro Se, respectfully submits this OBJECTION to the order of the Hon. Dennis M. Cota setting a Scheduling Conference on the grounds that: 1) the Order states an Answer by the HCSD Defendants has been filed, when in fact Plaintiff was never served with that Answer, and so had no opportunity to file any objections or Motion to Strike; and, 2) Plaintiff has previously advised the Court that the Clerk has inadvertently failed to produce the documents necessary to effect service upon Bruce's Towing, etc, and this has not been done. Plaintiff therefore requests that the proper papers be provided to him to serve the additional defendants before setting any such conference.

Respectfully Submitted,

_/s/ Peter T. Harrell_
Peter T. Harrell, Plaintiff Pro Se

**CERTIFICATION AND PROOF OF SERVICE**

  I, Peter T. Harrell affirm under penalty of perjury under the laws of the United States that I served the following parties in this action a true copy of the foregoing document(s) via deposit into the US Mail at Hornbrook, CA as indicated below:

| PARTY SERVED | DATE SERVED |
|---|---|
| Attorney General of California<br>California Dep. of Justice, Attn: False Claims Unit<br>455 Golden Gate Avenue, Suite 11000m   San Francisco, CA 94102-7004 | 03/03/2025 |
| Michael Maloney/ Greene & Maloney, PC<br>1912 F Street, Suite 110<br>Sacramento, CA 95811 | 03/03/2025 |

Dated: 03/03/2024     By: _/s/ Peter T. Harrell_
              Peter T. Harrell, Plaintiff

Plaintiff's Objection to Setting of Scheduling Conference - 1