March 3, 2025

USDC - EDCA
Office of the Clerk
501 I St., Ste 4-200
Sacramento, CA 95814

**FILED**

MAR 07 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY

Re: Harrell, ex rel, v. Puckett, et al; 2:23-CV-1448-DC-DMC

****FILING ERROR NOTICE*** NO CHANGE OF ADDRESS *********

Dear Clerk,

Your office sent me a document relating to the above-captioned case which was improperly returned by the Post Office due to an error.

Could you please note that my address **did not** change?

Thanks very much for your assistance and consideration.

*/s/ Peter T. Harrell*

Peter T. Harrell, Plaintiff Pro Se
PO Box 131
Ashland, OR 97520
peterharrell@yahoo.com  (note that email is spotty, because I have no private service)