Michael D. Maloney (SBN 208297)
GREENE & MALONEY, PC
1912 F Street, Suite 110
Sacramento, CA 95811
Tel.: (916) 442-6400
Fax: (916) 266-9285
mmaloney@tedgreenelaw.com

Attorney for Defendant
ROBERT PUCKETT SR, ET AL.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. HARRELL,<br>Plaintiff,<br><br>vs.<br><br>ROBERT PUCKETT, SR. et al,<br><br>Defendants, | **CASE NO. 2:23-CV-01448-DC-DMC**<br><br>**DEFENDANTS' UNILATERAL RULE 26(F) REPORT AND SCHEDULING CONFERENCE STATEMENT**<br><br>**Scheduling Conference: March 26, 2025**<br>**Time: 1:30pm**<br>**Courtroom: Via Zoom**<br>**Judge: Magistrate Judge Dennis M. Cota** |

**TO THIS HONORABLE COURT:**

Pursuant to Federal Rules of Civil Procedure 16 and 26(f), and the Court's prior Order, Defendant Robert Puckett Sr., by and through counsel, submits this Unilateral Rule 26(f) Report and Scheduling Conference Statement.

Despite multiple attempts to meet and confer, Plaintiff failed to participate in the preparation of this report and objected to the scheduling conference itself. Accordingly, Defendant respectfully submits this statement unilaterally

**A.     Claims and Defenses**

<u>Plaintiff's Claims:</u>

As stated in the Complaint and as may be amended upon discovery. Basically, Defendants violated the Constitution of the United States; various California Constitutional provisions and statutes; their own Rules and Regulations; and, their own Bylaws by failing to give notice as specified therein (and in the manner required thereby), acting without lawful authority and *ultra vires*; trespassing onto private property; and, initiating seizures and searches of property belonging to Plaintiff and other persons absent any proper notice or other due process; without warrant(s), consent, or exigent circumstances; and while investigating an alleged event/claim against a homeowner that is not even a criminal act if it were true. It is physically impossible for a vehicle to "obstruct" a water meter merely by being parked over it - much less more than one vehicle at a time, and Defendant's actions as to Plaintiff and his property were at all times arbitrary, capricious, oppressive, and malicious; and, the violations of Plaintiff's statutory, Constitutional, and Common-Law rights were undertaken in retaliation for Plaintiff's filing of legal actions against them in the past. Plaintiff objects to, disputes, and does not agree with, any of the factual, legal, and/or circumstantial allegations in the "Defendant's Defenses" section below - almost all of which were not included in the Answer as part of their Affirmative Defenses, or otherwise.

**B.     Service**

All parties have been served.

**C.     Joinder of Additional Parties**

Defendant does not anticipate joining additional parties at this time but reserves the right to do so if necessary.

**D.     Amendment to the Pleadings**

Defendant does not currently anticipate filing amended pleadings but reserves the right to do so.

**E.     Statutory Bases for Jurisdiction and Venue**

This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1331, and §1343, and as it involves alleged violation of civil rights, and a federal question. This action was commenced in the United States District Court for the Eastern District of California, No.

**2:23-CV-01448-DC-DMC**

Venue is proper in the Eastern District of California under 28 U.S.C. §1391 as a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated.

**F.     Anticipated Discovery**

    **1.     Initial Disclosures**

Defendant has completed initial disclosures pursuant to Rule 26(2)(1) of the Federal Rules of Civil Procedure.

    **2.     Fact Discovery Scope, Cut-Off Date, Phases**

Defendant proposes a reasonable fact discovery cut-off date. Discovery will include:

- Written discovery (interrogatories, admissions, production requests)
- Subpoenas to third parties
- Depositions of Plaintiff and key witnesses

Defendant will also conduct discovery related to the property, the water meter, and issues of liability.

    **3.     Changes or Limitations on Discovery**

At this time, the parties do not believe that any changes to the limitations on discovery provided by the Federal Rules of Civil Procedure and this Court's Local Civil Rules are necessary, but reserve the right to request such in the future as may arise as to any Party.

    **4.     Expert Discovery**

Expert discovery deadlines will be proposed in accordance with the Court's scheduling preferences.

**G.     Dispositive Motions**

Defendants anticipate that they may file a motion for summary judgment.

**H.     Methods to Avoid Unnecessary Proof at Trial**

The Defendant do not anticipate any unusual substantive, procedural, or evidentiary issues

and do not recommend additional methods to reduce unnecessary proof or cumulative evidence. The parties do not foresee any limitations or restrictions on the use of testimony under Rule 702 of the Federal Rules of Evidence, but will immediately advise each other, and the Court, should they become aware of any.

I. **Final Pretrial Conference**

The Final Pretrial Conference is May 23, 2025.

J. **Trial**

Defendants have demanded a jury trial. This matter is to be tried by a jury and will require approximately 5-7 days.

K. **Special Procedures**

The parties believe that is not a case where the Court should consider appointing a special master pursuant to Rule 53 of the Federal Rules of Civil Procedure.

L. **Standard Pretrial Procedures**

The parties do not propose any modifications to standard pretrial procedures.

M. **Related Cases**

This action is not related to any other case pending in this district between these Parties.

N. **Settlement Conference/Voluntary Dispute Resolution Program ("VDRP")**

Defendant believes private mediation may be beneficial but only after completion of key discovery. Defendant proposes that a deadline for mediation be established in accordance with the Court's case schedule.

O. **Other Issues**

At this time, the parties do not anticipate any other issues affecting the status or management of the case and thus, do not request any additional orders to be made.

Respectfully submitted,

DATED: March 21, 2025  GREENE & MALONEY, PC.

By: /s/ *Michael D. Maloney*
    MICHAEL D. MALONEY, ESQ.
Attorneys for Defendants
ROBERT PUCKETT, ET AL.