IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. HARRELL, | No. 2:23-CV-1448-DC-DMC |
| Plaintiff, | |
| v. | ORDER |
| ROBERT PUCKETT, SR., et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pursuant to the Court's order issued on February 13, 2025, the matter was set for a scheduling conference on March 26, 2025, and parties were directed to file a joint statement ahead of the conference. See ECF No. 30. No joint statement was filed but Defendants separately filed a unilateral statement. See ECF No. 33. Plaintiff did not appear at the conference on March 26, 2025. Thus, Plaintiff is ordered to personally appear in Redding, California before the undersigned on April 18, 2025, at 10:00 a.m. Defendants' counsel is not required to appear but may do so by Zoom. The Court will provide connection information separately.

/ / /

/ / /

/ / /

/ / /

1

1  At the hearing on April 18, 2025, Plaintiff is directed to show cause why monetary
2  sanctions in the amount of $1,000 and/or terminating sanctions should not be imposed for failure
3  to comply with the February 13, 2025, order.
4  IT IS SO ORDERED.

6  Dated:  March 27, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2