IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. HARRELL, | No. 2:23-CV-1448-DC-DMC |
| Plaintiff, | |
| v. | ORDER |
| ROBERT PUCKETT, SR., et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. The Court ordered Defendants to file an answer to Plaintiff's first amended complaint on January 10, 2025. See ECF No. 28. Pursuant to that order, Defendants filed an answer on February 7, 2025. See ECF No. 29. No proof of service was filed. Plaintiff notified the Court that he had not received service of the answer on March 7, 2025. See ECF No. 31. At the scheduling conference on March 27, 2025, the undersigned directed Defendants to ensure the answer was properly served and file proof of service. According to Plaintiff, the answer has yet to be served. See ECF No. 36. Further, the docket does not reflect service of the answer.

Thus, Defendants are ordered to serve the answer on Plaintiff and personally appear in Redding, California before the undersigned on May 12, 2025, at 10:00 a.m. Plaintiff is not required to appear but may do so by Zoom. The Court will provide connection information separately.

1

If Defendants file proof of service by May 5, 2025, the hearing will be vacated. If Defendants fail to file proof of service, Defendants are directed to show cause why monetary sanctions in the amount of $1,000 should not be imposed for failure to timely serve the answer and provide the court with proof of such service.

IT IS SO ORDERED.

Dated:  April 24, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE