1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   PETER T. HARRELL,                          No.  2:23-CV-1448-DC-DMC

12              Plaintiff,

13         v.                                    <u>ORDER</u>

14   ROBERT PUCKETT, SR., et al.,

15              Defendants.

16

17              Plaintiff, who is proceeding pro se, brings this civil action. Pending before the

18   Court is Plaintiff's motion for an extension of time for filing his opposition to Defendants'

19   answer. <u>See</u> ECF No. 40.  The motion is unopposed.  Good cause appearing therefor, Plaintiff's

20   motion will be granted.

21              Accordingly, IT IS HEREBY ORDERED as follows:

22         1.      Plaintiff's motion for an extension of time, ECF No. 40, is granted.

23         2.      Plaintiff's opposition to Defendants' answer shall be filed within 45 days

24   of the date of this order.

25         Dated:  May 5, 2025

26                                              _____
                                                DENNIS M. COTA
27                                              UNITED STATES MAGISTRATE JUDGE

28

1