1
2
3
4
5
6
7
8              **IN THE UNITED STATES DISTRICT COURT**
9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11    PETER T. HARRELL,                          No.  2:23-CV-1448-DC-DMC

12                  Plaintiff,

13          v.                                    ORDER

14    ROBERT PUCKETT, SR., et al.,

15                  Defendants.

16

17              Plaintiff, who is proceeding pro se, brings this civil action. On April 24,

18    2025, the Court ordered Defendants to serve the answer on Plaintiff and personally appear in

19    Redding, California before the undersigned on May 12, 2025, at 10:00 a.m.  See ECF No. 37.

20    Defendant filed a declaration and proof of service on May 1, 2025. See ECF No. 39. Plaintiff

21    confirmed service of the answer, ECF No. 40. Thus, the May 12, 2025, hearing will be vacated,

22    and Defendant is discharged from the order to show cause.

23              IT IS SO ORDERED.

24          Dated:  May 5, 2025

25                                               _____
                                                 DENNIS M. COTA
26                                               UNITED STATES MAGISTRATE JUDGE

27

28

1